PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender: Travis Elston Luttrell                     Case Number: 3:12CR00041-002

Name of Sentencing Judicial Officer: The Honorable Gina M. Groh

Date of Original Sentence: October 15, 2012

Original Offense: Distribution of Cocaine Base

Original Sentence: 10 months of incarceration, followed by 36 months of Supervised Release

Type of Supervision: Supervised Release         Date Supervision Commenced: September 16, 2013

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | **Mandatory Condition: While on Supervised Release, the defendant shall not commit another Federal, state, or local crime. The defendant shall not illegally possess a controlled substance.** |
| | **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.** |
| | **Standard Condition #8: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.** |
| | On December 5, 2013, the defendant was drug tested at the Probation Office. The initial test results were positive for opiates. At that time, the defendant made a verbal admission to using heroin on or about November 30, 2013, and December 3, 2013. Additionally, the defendant accepted substance abuse outpatient counseling with Anita Ryan and a referral was made to Ms. Ryan on December 5, 2013. On December 16, 2013, the results of the drug test were confirmed as being positive for amphetamine, cocaine, hydromorphone, methamphetamine and morphine. A copy of the test results are attached for the Court's review. |

U. S. Probation Officer Action/Recommendation:

The term of supervision should be:

[XX] No action at this time. The Probation Officer has given the defendant a verbal reprimand and he has accepted a referral to substance abuse treatment. Additionally, the defendant has reported he is seeking methadone treatment from the Hagerstown Treatment Center and has an appointment scheduled for December 19, 2013. The Probation Office will promptly notify the Court of additional violations.

Respectfully submitted,

by

Digitally signed by Jon Wright
Date: 2013.12.17 14:06:29 -05'00'

Jon Wright
U. S. Probation Officer
Date: December 17, 2013

*No response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[✓] Concur with U.S. Probation Officer's Recommendation

Signature of Judicial Officer

Dec. 18, 2013
Date


Travis Luttrell


Alere

# Drug Test Report

450 Southlake Blvd
Richmond, VA 23236
(804) 378-9130
FAX: (804) 379-5919

WEST VIRGINIA NORTHERN PROB-MARTINSBURG
JOHN MILLER
217 W KING ST., RM 310
MARTINSBURG, WV 25401

Facility Phone: 304-267-0778     Fax: 000-000-0000

Account Number: 04240000P
Div. Office Number: 04240003P
National Lab Number: 110346740
Specimen ID Number: B02974049
Specimen Type: URINE

Collection Site Number: 04240003P
Collection Site Name: WEST VIRGINIA NORTHERN PROB-MARTINSBURG
Collection Site Address: 217 W KING ST., RM 310
Collection Site City, State Zip: MARTINSBURG, WV 25401
Collection Site Phone: 304-267-0778
Collection Site Fax: 000-000-0000

PACTS Number: 7718
Onsite Test ID:
Case Officer Initials: JBW

Collector Name
WRIGHT JON

Donor Name/ID: LUTTRELL

Date Collected: 12/5/2013
Date Received: 12/6/2013
Date Reported: 12/16/2013

Reason for Drug Test: URINE SURVEILLANCE

Panel Description: CLIN 1072 & CLIN 1086 PRIMARY TEST PANEL

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | AMPHETAMINE | |
| | BENZOYLECGONINE-COCAINE METAB | |
| | HYDROMORPHONE | |
| | METHAMPHETAMINE | |
| | MORPHINE | |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| AMPHETAMINES | 500 ng/ml | 250 ng/ml | POSITIVE |
| BENZOYLECGONINE-COCAINE METAB | 150 ng/ml | 100 ng/ml | POSITIVE |
| EXTENDED OPIATES (6) | 300 ng/ml | 150 ng/ml | POSITIVE |
| MARIJUANA METABOLITE | 50 ng/ml | 15 ng/ml | NEGATIVE |
| METHYLENEDIOXYMETHAMPHETAMINE | 500 ng/ml | 250 ng/ml | NEGATIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | = or > 4.0 - < 10 |

Comments: D-METHAMPHETAMINE=0%, L-METHAMPHETAMINE=100%

MICHELLE BAILY - CERTIFYING TECHNICIAN/SCIENTIST

WRIGHT JON
COLLECTOR NAME

SCANNED